# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 16-CV-00435

Plaintiff:
**JOHN LILJA**
vs.
Defendant:
**DIVERSIFIED CONSULTANTS, INC.**

IST2016001932

For: Frank Kerney
    Morgan & Morgan

Received by Investigative Services Of Tampa to be served on **SPRINT CORPORATION C/O R/A CORPORATION SERVICE COMPANY, 2900 S.W. WANAMAKER DRIVE, SUITE 204, TOPEKA, KS 66614.** I, William Wilson, do hereby affirm that on the 21st day of June, 2016 at 9:07 a.m., executed service by delivering a true copy of the **Summons, Amended Complaint, Related Case Order and Track Two Notice, Notice of Pendency of Other Actions, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Audra Adkins as Legal Assistant.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Under penalty of perjury, I declare that I have read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**Investigative Services Of Tampa**
**P. O. Box 272638**
**Tampa, FL 33688**
**(813) 964-9159**

Our Job Serial Number: 2016001932
Ref: 2781713

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n